| | |
|---|---|
| 1 | Glenn Zuckerman |
| | **WEITZ & LUXENBERG, PC** |
| 2 | 700 Broadway |
| | New York, New York 10003 |
| 3 | Telephone: 212-558-5000 |
| | Facsimile: 212-344-5461 |
| 4 | |
| | *Attorneys for Plaintiffs* |
| 5 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| This Document Relates To:<br><br>Herminia Sansotta Navarro, et al. v. Astra Merck Inc., et al<br>(06-2627 CRB)<br><br>Gloria Pilar Santiago Serrano, et al. v. Astra Merck, Inc. et al.<br>(06-2634 CRB)<br><br>Karen Ann Boyd, Individually and as Proposed Representative of the Estate of Early Boyd, deceased v. Pfizer Inc<br>(06-6122 CRB)<br><br>Noble Bixby, et al. v. Pfizer Inc, et al.<br>(06-6170 CRB)<br><br>Dennis Rini, as Proposed Administrator of the Estate of Eileen Anderson, deceased v. Pfizer Inc, et al.<br>(07-2190 CRB)<br><br>Merrin Frost, et al. v. Pfizer Inc, et al.<br>(07-2909 CRB) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Come now Plaintiffs and Defendants in the above-entitled actions, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

DATED: 7 1, 2010     By: /s/

Glenn Zuckerman
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, New York 10003
Telephone: 212-558-5000
Facsimile: 212-344-5461

*Attorneys for Plaintiffs*

DATED: Sept 17, 2010    By: /s/

Michelle W. Sadowsky
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Attorneys for Pfizer Defendants*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Sep 20, 2010

Hon. Charles R. Breyer
United States District Court

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE